UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:

JOHN JOSEPH FECHER                           CASE NUMBER:    08-12419
SSN: xxx-xx-0971                             CHAPTER 13

KAREN JOANNE FECHER
SSN: xxx-xx-0340
Debtors

---

**NOTICE TO ECAST SETTLEMENT CORPORATION ASSIGNEE OF GE MONEY BANK/LOWE'S CONSUMER THAT $0.35 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to eCast Settlement Corporation, assignee of GE Money Bank/Lowe's Consumer, creditor herein, and deposits $0.35 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for eCast Settlement Corporation, assignee of GE Money Bank/Lowe's Consumer, was:

    P. O. Box 35480
    Newark, NJ 07193-5480

2. That the creditor did not cash the Trustee's disbursement check number 694888 dated June 30, 2011, in the amount of $0.35, and it has been voided.

3. That this case was converted on May 12, 2011 to Chapter 7.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 20, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   September 20, 2011

By U.S. Mail postage prepaid
Debtors: John and Joseph Fecher, 1130 Nuttman Avenue, Fort Wayne, IN 46807
Creditor:  eCast Settlement Corporation, assignee of GE Money Bank/Lowe's Consumer, P. O. Box 35480, Newark, NJ 07193-5480

By electronic mail via CM/ECF:
Debtors' Attorney:  Randall Brian Stiles
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King